BENLEE SPORTING GOODS MFG. CO., INC., Appellant, v. DAVID S. GOLDHIRSCH, Respondent.— There are triable issues relating to the alleged identity of the partnership and the corporation. This may be a case where the corporation should be assimilated to the partnership, and stand in its shoes as tenant. The facts and legal incidents cannot be determined on the papers before us on the motion for summary judgment. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Shientag and Bergan, JJ. [See *post*, p. 906.]

■

MURRAY FELENSTEIN, Respondent, v. VICTOR M. TYLER et al., Appellants.— No opinion. Present — Peck, P. J., Callahan, Van Voorhis, Shientag and Bergan, JJ.

■

SHIRLEY MASON, Respondent, v. LORY DRESS CO., INC., Appellant, et al., Defendants.— The said sum of $227.61 was claimed for commissions on job lot sales which were excluded by the contract. Settle order on notice. Present — Peck, P. J., Callahan, Van Voorhis, Shientag and Bergan, JJ.

■

ANTONIO MALTESE, Appellant, v. DAVID DUBINSKY, Individually and as President-Secretary of International Ladies' Garment Workers' Union, et al., Respondents.— Present — Peck, P. J., Callahan, Van Voorhis, Shientag and Bergan, JJ. [See *post*, p. 906.]